IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SCOTT CORSNITZ and GWENDOLYN CORSNITZ,** | : | **Civil No. 22-cv-1363** |
| **Plaintiffs,** | : | |
| v. | : | |
| **COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF ENVIRONMENTAL PROTECTION, et. al.,** | : | **Judge Sylvia H. Rambo** |
| **Defendants.** | | |

# O R D E R

**AND NOW**, this 26th day of March, 2024, upon consideration of Defendants' motion to dismiss (Doc. 5), and in accordance with the accompanying memorandum,

**IT IS HEREBY ORDERED** as follows:

1. Defendants' motion to dismiss (Doc. 5) is **GRANTED**;

2. Plaintiffs' claims against the Commonwealth of Pennsylvania Department of Environmental Protection are **DISMISSED WITH PREJUDICE**;

3. Plaintiffs' official capacity claims against Defendants Andrea Blosser, Ron Ebert, Derek Enders, Felicia Lamphere, and Scott Williamson seeking money damages or other remuneration are **DISMISSED WITH PREJUDICE**; and

4. Plaintiff's official capacity claims against Defendants Blosser, Ebert, Enders, Lamphere, and Williamson seeking injunctive or declaratory relief are **DISMISSED WITHOUT PREJUDICE**.

/s/Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge